FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

2008 APR 23  A 11: 17

U.S. DISTRICT COURT
RICHMOND, VIRGINIA

| | |
|---|---|
| UTOPIAN WIRELESS CORP. ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:08CV155-HEH |
| ) | |
| CHURCH SCHOOLS IN THE DIOCESE ) | |
| OF VIRGINIA *d/b/a* STUART HALL, ) | |
| INC., and ) | |
| ) | |
| BRENDA A. BUCHANAN ) | |
| ) | |
|     Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby jointly stipulate to the dismissal of this action, with Plaintiff and Defendants bearing their own costs, expenses and attorneys' fees.

Stipulated and agreed to this 23rd day of April, 2008.

**UTOPIAN WIRELESS CORP.**

By: _/s/ JED_

James H. Rodio, Esq. (Va. Bar. No. 20139)
Jennifer E. Dure, Esq. (Va. Bar No. 48247)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, Virginia 22102
703-720-8600
703-720-8610 (fax)
Jim.Rodio@hklaw.com
Jennifer.Dure@hklaw.com

*Counsel for Plaintiff*

CHURCH SCHOOLS IN THE DIOCESE OF VIRGINIA, INC.

By: _____

W. Jeffery Edwards (Va. Bar No. 20719)
Edward P. Noonan (Va. Bar No. 43067)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA 23219
(804) 788-8547 / (804) 788-8218 (fax)
Email: enoonan@hunton.com

*Counsel for Church Schools in the Diocese of Virginia, Inc.*

BRENDA A. BUCHANAN

By: _____

Frankie C. Coyner
F.C. Coyner, Attorney at Law
279 Draft Avenue
P.O. Box 2
Stuarts Draft, Virginia 24477
(540) 337-1116 / (540) 227-2233 (fax)
Email: frankiecoyner@aol.com

*Counsel for Brenda A. Buchanan*

3