IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UTOPIAN WIRELESS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHURCH SCHOOLS IN THE DIOCESE )<br>OF VIRGINIA d/b/a STUART HALL, INC., )<br>and )<br>BRENDA A. BUCHANAN, )<br>)<br>Defendants. ) | Civil Action No. 3:08CV155–HEH |

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). It appearing just and proper to do so, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
Henry E. Hudson
United States District Judge

Date: April 23, 2008
Richmond, VA